IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VICHETH RATH                                                                                          PETITIONER
REG. #12157-078

V.                                       NO.  2:08cv00066 JMM

T.C. OUTLAW, Warden,                                                                         RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 case in its entirety without prejudice to Petitioner's right to present his claims in his pending § 2255 proceeding or pursue any still existing channels to challenge his prior Texas state conviction.

IT IS SO ORDERED this 22nd day of July,  2008.


_____
UNITED STATES DISTRICT JUDGE